**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

MSR Technology Group, LLC

              Plaintiff,

v.                                   Case No.: 1:24–cv–03203
                                   Honorable Andrea R. Wood

VistalTech, Inc., et al.

              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 22, 2026:

      MINUTE entry before the Honorable Andrea R. Wood: Motion by counsel to withdraw as attorneys [307] is granted. Attorneys Joseph E. M. Franke, Hal J. Wood, Matthew R. Barrett and Nikita J. Desai are terminated as counsel of record. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.