**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

MSR Technology Group, LLC

                              Plaintiff,

v.                                                      Case No.: 1:24–cv–03203
                                                        Honorable Andrea R. Wood

VistalTech, Inc., et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 27, 2026:

        MINUTE entry before the Honorable Albert Berry III: Motion hearing held 5/27/26. Defendant's Motion to Compel [285] is granted in part and denied in part for the reasons discussed on the record. The Court finds that Plaintiff's responses to interrogatories are sufficient, based on counsel's representations that the responses comprise the information known to Plaintiff at this moment and with the understanding that Plaintiff may supplement its responses as additional information comes to light during the discovery process. Defendant's Motion to Amend the Scheduling Order [278] is granted in part and denied in part for good cause shown as discussed in open court. The Court sets the following deadlines, which are FINAL and will only be extended or changed due to unforeseeable medical or family emergencies: 1) all Rule 45 subpoenas must be served by 6/15/26; 2) all written discovery must be served by 6/15/26; 3) a joint status report that includes a complete and firm schedule for all planned depositions with confirmation for all counsel and the relevant witnesses that they are available on those dates is due 7/16/26; 4) all document production must be complete by 8/3/26; 5) any discovery motion related to written discovery, document production, or Rule 45 subpoenas is due by 8/17/26, and any argument relating to these issues will be deemed waived if it is not raised by that date; 6) ALL fact depositions must be completed by 8/31/26; 7) any discovery motion related to depositions is due no later than 9/11/26; 8) fact discovery will close on 9/30/26. The Court advises the parties that the gap between the 8/31/26 deadline to complete depositions and the 9/30/26 close of fact discovery is to allow the Court time to resolve any discovery disputes, and should not be viewed by the parties as a window to engage in last–minute discovery. The Court will set additional dates upon review of the 7/16/26 joint status report. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.